UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| HARRIET M. SWANSON<br>    Plaintiff<br><br>v.<br><br>COMENITY BANK<br>KOHL'S, INC.<br>LENDINGPOINT, LLC<br>NEW CREDIT AMERICA, LLC<br>SYNCHRONY FINANCIAL, INC. D/B/A<br>SYNCHRONY BANK<br>TD BANK, NA.<br>CITIBANK, N.A.<br>U.S. BANK, N.A.<br>WESBANCO BANK, INC.<br>MARINER FINANCE, LLC<br>F.N.B. CORP, D/B/A FIRST NATIONAL BANK<br>EQUIFAX INFORMATION SERVICES, LLC<br>TRANS UNION, LLC<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-cv-479-DJH |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank") gives notice of the removal of this action from the Hardin Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this notice of removal, U.S. Bank states as follows:

### I. INTRODUCTION

1. Plaintiff Harriet M. Swanson ("Plaintiff") commenced this action by filing a Complaint against the Defendants named above, including U.S. Bank, in the Hardin Circuit Court, Commonwealth of Kentucky, Case No. 23-CI-1125.

2. In her Complaint, Plaintiff alleges that the defendants Comenity Bank, Kohl's, Inc., Lendingpoint, LLC, New Credit America, LLC, Synchrony Financial, Inc. d/b/a Synchrony Bank, TD Bank, NA., Citibank, N.A., U.S. Bank, National Association, and Wesbanco Bank, Inc., falsely reported inaccurate tradelines regarding certain of her accounts to one or more of the defendants Equifax Information Services, LLC, Trans Union, LLC, and Experian Information Solutions, Inc.

3. Plaintiff further alleges that the above defendants failed to investigate and correct the tradelines and reports following Plaintiff's request to do so.

4. The Complaint alleges that the above defendants, acting separately or together, violated the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. ("FCRA").

5. As to the defendants Mariner Finance, LLC, and F.N.B. Corp., d/b/a First National Bank, Plaintiff alleges that they failed to release a mortgage lien on certain real property owned by Plaintiff after the loan secured by the mortgage had been paid, causing Plaintiff to be denied credit and slandering her title in the real property.

6. Plaintiff's claims against the defendants Mariner Finance, LLC, and F.N.B. Corp., d/b/a First National Bank, arising out of allegedly negligent failure to release a lien, thus impairing Plaintiff's creditworthiness, are so related to the FCRA claims that they form part of the same case or controversy, and are therefore properly before the Court pursuant to the supplemental jurisdiction provided by 28 USC § 1367.

7. This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present. Section 1441(a) provides, in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

## II. FEDERAL JURISDICTION

8. Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States." 28 U.S.C. § 1331. Removal jurisdiction based upon a federal question exists when a federal question is presented on the face of a plaintiff's complaint. *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

9. This is a civil action arising under the Constitution, laws, or treaties of the United States because Plaintiff is asserting claims against Defendants based upon alleged violations of FCRA, a federal statute. Plaintiff's FCRA claims arise under the laws of the United States and could have been originally filed in this court.

10. The Court has supplemental jurisdiction over the claims against the defendants Mariner Finance, LLC, and F.N.B. Corp., d/b/a First National Bank, because those claims are so related to the FCRA claims set forth in the Complaint that they form part of the same case or controversy. 28 USC § 1367.

11. This action became removable at the time Plaintiff filed its Complaint.

## IV. ADOPTION AND RESERVATION OF DEFENSES

12. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of U.S. Bank's or any other defendant's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims or parties; (6) failure to state a claim; (7) failure to join indispensable parties; or (8) any other pertinent defense available under Rule 12 of the Federal Rules of Civil Procedure, any state or federal statute, or otherwise.

## V. PROCEDURAL REQUIREMENTS

13. This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

14. True and correct copies of all process, pleadings, and orders are attached hereto collectively as **Exhibit A** in conformity with 28 U.S.C. § 1446(a). There are no other process, pleadings, or orders served upon U.S. Bank to date in this case.

15. As shown by the consents attached hereto collectively as **Exhibit B**, each of the other defendants in this action consents to the removal of this case. *See* 28 U.S.C. § 1446(b)(2).

16. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446, within thirty days of the date U.S. Bank obtained a copy of the Complaint. *See* 28 U.S.C. § 1446(b).

17. U.S. Bank has not previously sought similar relief.

18. The United States District Court for the Western District of Kentucky, Louisville Division, is the court and division embracing the place where this action is pending in state court.

19. Contemporaneously with the filing of this notice of removal, U.S. Bank has filed a copy of same with the clerk of the Hardin Circuit Court, Commonwealth of Kentucky, with a notice of filing of this notice of removal. Written notice of the filing of this notice of removal has also been served upon the Plaintiff.

20. U.S. Bank reserves the right to supplement this notice of removal by adding any jurisdictional defenses that may independently support a basis for removal.

**WHEREFORE,** U.S. Bank prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Hardin Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

*/s/ Thomas C. Fenton*
Thomas C. Fenton, KBA 21933
MORGAN POTTINGER MCGARVEY
401 South Fourth Street, Suite 1200
Louisville, Kentucky 40202
(502) 589-2780
tcf@mpmfirm.com
jtm@mpmfirm.com

Counsel for U.S. Bank, National Association

Certificate of Service

      I hereby certify that the foregoing was electronically filed with the Clerk and a copy thereof was served by email to the following parties on September 14, 2023:

David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, Kentucky 40202
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Reid S. Manley
Zachary D. Miller
BURR FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
rmanley@burr.com
zmiller@burr.com
*Counsel for Comenity Bank*

Reid S. Manley
Rachel Blackmon Cash
BURR FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
rmanley@burr.com
zmiller@burr.com
*Counsel for Kohl's, Inc.*

Jonathan M. Kenney, Esq.
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Ave., #2000
Virginia Beach, VA 23462
jon.kenney@troutman.com
*Counsel for Lendingpoint, LLC.*

Sarah T. Reise
Stefanie H. Jackman
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA  30308
sarah.reise@troutman.com
stefanie.jackman@troutman.com
*Counsel for Lendingpoint, LLC.*

William J. Barker, II
WARD, HOCKER & THORNTON, PLLC
333 W. Vine St., Ste. 1100
Lexington, KY 40507
will.barker@whtlaw.com
*Counsel for New Credit America, LLC*

Reid S. Manley
Frank Springfield
BURR FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203615-724-3258
rmanley@burr.com
fspringfield@burr.com
*Counsel for Synchrony Financial, Inc. d/b/a Synchrony Bank*

Samantha R. Millar
HINSHAW & CULBERTSON LLP
800 Third Avenue
13th Floor
New York, NY 10022
SMillar@hinshawlaw.com
*Counsel for TD Bank USA, N.A.*

Terri E. Boroughs
BARNES MALONEY PLLC
401 West Main Street
Suite 1600
Louisville, Kentucky 40202
tboroughs@sbmkylaw.com
*Counsel for TD Bank USA, N.A.*

Shannon O'Connell Egan
DINSMORE & SHOHL LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202
shannon.egan@dinsmore.com
*Counsel for Citibank, N.A.*

William T. Repasky
Austin Hatfield
FROST BROWN TODD
400 West Market Street
32nd Floor
Louisville Kentucky 40202-3363
brepasky@fbtlaw.com
ahatfield@fbtlaw.com
*Counsel for Wesbanco Bank, Inc.*

Reid S. Manley
Zachary D. Miller
BURR FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
rmanley@burr.com
zmiller@burr.com
*Counsel for Mariner Finance, LLC*

Robert L. Dawson (KBA 90628)
John R. Wirthlin (KBA 85621)
BLANK ROME LLP
1700 PNC Center, 201 E. 5th Street
Cincinnati, OH 45202 \
robert.dawson@blankrome.com
john.wirthlin@blankrome.com
*Counsel for F.N.B. Corp, d/b/a First National Bank*

John M. Williams
WILLIAMS KILPATRICK, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, Kentucky 40513
williams@wktlaw.com
*Counsel for Equifax Information Services, LLC*

Trans Union, LLC
William M. Huse
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana  46077
whuse@schuckitlaw.com
*Counsel for Trans Union, LLC*

Christopher P. Farris
BILLINGS LAW FIRM, PLLC
145 Constitution Street
Lexington, KY 40507
cpfarris@blfky.com
*Counsel for Experian Information Services, Inc.*

/s/ Thomas C. Fenton