**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| HARRIET M. SWANSON,<br>　　　　　Plaintiff, | CASE NO.  3:23-cv-00479-DJH-CHL<br>**ELECTRONICALLY FILED** |
| 　　　vs. | Judge David J. Hale |
| COMENITY BANK; KOHL'S, INC.;<br>LENDINGPOINT, LLC; NEW CREDIT<br>AMERICA, LLC; SYNCHRONY<br>FINANCIAL, INC. d/b/a SYNCHRONY<br>BANK; TD BANK, N.A.; CITIBANK, N.A.;<br>U.S. BANK, N.A., INC.; WESBANCO<br>BANK, INC.; MARINER FINANCE, LLC;<br>F.N.B. CORP. d/b/a FIRST NATIONAL BANK;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRANS UNION, LLC; and EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>　　　　　Defendants. | |

**MOTION TO WITHDRAW**
*PRO HAC VICE* **ADMISSION OF EMILY M. STUTLZ**

Comes now the undersigned counsel for Defendant Trans Union LLC, and hereby requests that the Court withdraw the pro hac vice admission of Emily Stultz, Esq. for Defendant Trans Union, LLC.  In support of this Motion, Defendant states as follows:

1.　　Emily M. Stultz is no longer associated with Quilling, Selander, Lownds, Winslett & Moser P.C. and is instead associated with Indiana University Office of the Vice President and General Counsel, as noted below, and this motion is filed with her signature and consent.

2.　　Trans Union LLC has provided written consent to undersigned counsel for the withdrawal of Emily M. Stultz.

3.      This motion is being served on Trans Union LLC as reflected in the Certificate of Service below.

4.      Trans Union, LLC will continue to be represented in this matter by William M. Huse, Esq., undersigned counsel.

WHEREFORE, Defendant Trans Union LLC respectfully requests that the Court withdraw the pro hac vice admission of Emily M. Stultz.

Respectfully submitted,


*/s/ Emily M. Stultz*
Emily M. Stultz, Esq. (IN# 37683-32)
Indiana University Office of the Vice
 President and General Counsel
301 University Boulevard, Room 5030
Indianapolis, IN  46202
Telephone:  (317) 274-7455
E-Mail: emstultz@iu.edu

*Withdrawing Counsel*


*/s/ William M. Huse*
William M. Huse, Esq. (IN# 31622-49)
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 603
Fax:  (317) 899-9348
E-Mail:  whuse@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **25th day of September, 2024**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | Christopher P. Farris, Esq. cpfarris@blfky.com |
|---|---|
| John Michael Williams, Esq. williams@wktlaw.com | Terri E. Boroughs, Esq. tboroughs@sbmkylaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e—mail, on the **25th day of September, 2024**, properly addressed as follows:

| Laura K. Rang, Esq. Trans Union LLC Laura.rang@transunion.com | |
|---|---|

/s/ William M. Huse
William M. Huse, Esq. (IN# 31622-49)
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 603
Fax:  (317) 899-9348
E-Mail:  whuse@qslwm.com

*Lead Counsel for Defendant Trans Union, LLC*