**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

---

HARRIET M. SWANSON,

     Plaintiff,

     vs.

COMENITY BANK; KOHL'S, INC.;
LENDINGPOINT, LLC; NEW CREDIT
AMERICA, LLC; SYNCHRONY
FINANCIAL, INC. d/b/a SYNCHRONY
BANK; TD BANK, N.A.; CITIBANK, N.A.;
U.S. BANK, N.A., INC.; WESBANCO
BANK, INC.; MARINER FINANCE, LLC;
F.N.B. CORP. d/b/a FIRST NATIONAL BANK;
EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; and EXPERIAN
INFORMATION SOLUTIONS, INC.;

     Defendants.

CASE NO.  3:23-cv-00479-DJH-CHL

**ELECTRONICALLY FILED**

Judge David J. Hale

---

**ORDER GRANTING**
**MOTION TO WITHDRAW**
***PRO HAC VICE* ADMISSION OF EMILY M. STUTLZ**

---

This cause is before the Court on Motion to Withdraw Pro Hac Vice Admission of Emily

M. Stultz.  The Court, being duly advised, hereby GRANTS said Motion.

Emily M. Stultz's pro hac vice admission is hereby withdrawn.

IT IS SO ORDERED this _____ day of _____, 2024.

DISTRIBUTION:

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | Christopher P. Farris, Esq. cpfarris@blfky.com |
|---|---|
| John Michael Williams, Esq. williams@wktlaw.com | Terri E. Boroughs, Esq. tboroughs@sbmkylaw.com |
| William M. Huse, Esq. whuse@qslwm.com | |