UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

HARRIET M. SWANSON,                                                        Plaintiff,

v.                                                         Civil Action No. 3:23-cv-479-DJH-CHL

COMENITY BANK et al.,                                       Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Harriet M. Swanson and Defendant Trans Union, LLC having filed agreed order of dismissal with prejudice as to Swanson's claims against Trans Union (Docket No. 97), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Swanson's claims against Trans Union are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Trans Union, LLC as a defendant in the record of this matter.

(2) All claims having been resolved (*see* D.N. 50; D.N. 55; D.N. 58; D.N. 62; D.N. 68; D.N. 71; D.N. 73; D.N. 76; D.N. 83; D.N. 94), this matter is **DISMISSED**, **STRICKEN** from the Court's docket, and **CLOSED**.

January 13, 2025

David J. Hale, Judge
United States District Court

1